# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL JAY SHOWALTER,        ) | |
| )| |
| Petitioner,        ) | |
| ) | |
| vs.        ) | Case No. CIV-11-88-M |
| ) | |
| MIKE ADDISON, WARDEN,        ) | |
| ) | |
| Respondent.        ) | |

## ORDER

On September 27, 2011, United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's petition be denied. The parties were advised of their right to object to the Report and Recommendation by October 18, 2011. Petitioner's objection was filed on October 17, 2011.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 27, 2011;

(2) DENIES petitioner's petition for writ of habeas corpus [docket no. 1]; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 18th day of October, 2011.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE